# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3735
_____

CURTIS L. ROBINSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

April 25, 2018

PER CURIAM.

This appeal is dismissed for lack of jurisdiction. The order of the circuit court deciding that Appellant is not entitled to postconviction discovery is not among the class of orders independently appealable by a defendant pursuant to Florida Rule of Appellate Procedure 9.140(b)(1). *See Bond v. State*, 206 So. 3d 850 (Fla. 1st DCA 2016) (dismissing appeal and noting order denying postconviction discovery is reviewable on appeal from final order disposing of motion for postconviction relief).

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Curtis L. Robinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.